**Kristy CUNNINGHAM Plaintiff-Appellant**

v.

**Leona BATES, in her Individual Capacity; Dennis Smith, in his Individual Capacity; David Kennedy, in his Individual Capacity; Daniel R. Bullock, in his Individual Capacity; Spring Henson Gray, in her Individual Capacity; Donald Duncan, in his Individual Capacity; Rick Baker, in his Individual Capacity; The City of Farmington, Missouri; St. Francois County, Missouri Defendants-Appellees**

**Police Officer John Doe, City of Farmington Police Officer Defendant**

**No. 17-1523**

United States Court of Appeals, Eighth Circuit.

Submitted: October 18, 2017

Filed: October 30, 2017

David M. Duree, David M. Duree & Associates, O'Fallon, IL, for Plaintiff-Appellant

Clinton B. Roberts, Roberts & Roberts, Farmington, MO, for Defendant-Appellee Leona Bates

Rachel A. Bates, King & Krehbiel, Saint Louis, MO, Mark Zoole, Mark H. Zoole, P.C., Saint Louis, MO, for Defendants-

Appellees Dennis Smith, David Kennedy, Daniel R. Bullock, Spring Henson Gray, Donald Duncan, Rick Baker, The City of Farmington, Missouri, St. Francois County, Missouri, Police Officer John Doe

Before WOLLMAN, GRUENDER, and BENTON, Circuit Judges.

PER CURIAM.

Kristy Cunningham appeals after the district court [1] adversely granted judgment on the pleadings, under Federal Rule of Civil Procedure 12(c), in her 42 U.S.C. § 1983 action. Upon *de novo* review, *see Montin v. Moore*, 846 F.3d 289, 293 (8th Cir. 2017) (reviewing *de novo* a grant of a Rule 12(c) motion), we conclude that the district court properly determined that Cunningham's claims for damages were barred under *Heck v. Humphrey*, 512 U.S. 477, 486-87, 114 S.Ct. 2364, 129 L.Ed.2d 383 (1994) (stating that if a judgment in favor of the plaintiff would necessarily imply the invalidity of a conviction or sentence, the complaint must be dismissed unless the plaintiff can demonstrate that the conviction or sentence has already been invalidated). Accordingly, we affirm. *See* 8th Cir. R. 47B.

---

1. The Honorable Rodney W. Sippel, Chief Judge, United States District Court for the Eastern District of Missouri.